IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN MCLOUGHLIN, ROBERT MILLER, ANGELO SOFOCLEUS, ANDREW LEWIS, CHEYNE BUNNETT, TOM ROBERTSHAW, and OLIVIA SCOTT (as the personal representative of the ESTATE OF RUSSELL SCOTT), <br><br> Plaintiffs, <br><br> v. <br><br> CANTOR FITZGERALD, L.P., BGC HOLDINGS, L.P., and NEWMARK HOLDINGS, L.P. <br><br> Defendants. | Civ. No. 1:23-cv-00256-RGA |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE OF PROCEEDINGS**

Plaintiffs Shawn Mcloughlin, Robert Miller, Angelo Sofocleus, Andrew Lewis, Cheyne Bunnett, Tom Robertshaw, and Olivia Scott (As The Personal Representative Of The Estate Of Russell Scott) (collectively, "Plaintiffs") and Defendants Cantor Fitzgerald, L.P., BGC Holdings, L.P., and Newmark Holdings, L.P. (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on March 9, 2023, Plaintiffs filed a class action complaint (the "Complaint") against Defendants bringing claims for breach of contract and violation of Section 1 of the Sherman Act, Dkt. No. 1;

WHEREAS, on March 10, 2023, Plaintiffs caused the Complaint to be served on the Defendants;

WHEREAS, Defendants' responsive pleadings to the Complaint are currently due on March 31, 2023;

WHEREAS, the Parties have conferred on a proposed schedule for the matter;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, subject to the Court's approval, as follows:

1. On or before May 30, 2023, Defendants will answer, move to dismiss, or otherwise respond to the Complaint.

2. On or before July 28, 2023, Plaintiffs will either file a brief in opposition to Defendants' motion to dismiss or amend the Complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1).

3. On or before August 28, 2023, Defendants will file a reply in further support of their motion to dismiss.

Dated: 3/29/2023

/s/ Blake A. Bennett
Blake A. Bennett (#5133)
Cooch and Taylor, P.A.
1007 N. Orange St., Suite 1120
Wilmington, DE 19801
Telephone: (302) 984-3800
E-Mail: bbennett@coochtaylor.com

Kyle W. Roche
(pro hac vice application forthcoming)
KYLE ROCHE P.A.
260 Madison Avenue, 8th Fl. New York, NY 10016
kyle@kyleroche.law

*Attorney for Plaintiffs Shawn Mcloughlin, Robert Miller, Angelo Sofocleus, Andrew Lewis, Cheyne Bunnett, Tom Robertshaw, And Olivia Scott (As The Personal*

*Representative Of The Estate Of Russell Scott)*

*/s/ Paul J. Loughman*
C. Barr Flinn (No. 4092)
Paul J. Loughman (No. 5508)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
ploughman@ycst.com
(302) 571-6600

*Attorneys for Defendants*

**SO ORDERED:**

Date:

United States District Judge