IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN MCLOUGHLIN, ROBERT MILLER, ANGELO SOFOCLEOUS, ANDREW LEWIS, CHEYNE BUNNETT, TOM ROBERTSHAW, and OLIVIA SCOTT (as the personal representative of the ESTATE OF RUSSELL SCOTT), : : : : : : : : | |
| Plaintiffs, : | Civil Action No. 23-CV-256-CFC |
| v. : | |
| CANTOR FITZGERALD, L.P., BGC HOLDINGS, L.P., and NEWMARK HOLDINGS, L.P., : : : : | |
| Defendants. : | |

## **ORDER**

At Wilmington on this Second day of December in 2024:

For the reasons set forth in the Memorandum Opinion issued this day, it is

**HEREBY ORDERED** that Defendants' Motion to Dismiss (D.I. 44) is

**GRANTED**. All Counts of the Second Amended Complaint are **DISMISSED**.

COLM F. CONNOLLY
CHIEF JUDGE