# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN MCLOUGHLIN, ROBERT MILLER, ANGELO SOFOCLEOUS, ANDREW LEWIS, CHEYNE BUNNETT, TOM ROBERTSHAW, and OLIVIA SCOTT (as the personal representative of the ESTATE OF RUSSELL SCOTT),<br><br>Plaintiffs,<br><br>v.<br><br>CANTOR FITZGERALD, L.P., BGC HOLDINGS, L.P., and NEWMARK HOLDINGS, L.P.,<br><br>Defendants. | C.A. No. 23-256-CFC |

## STIPULATION AND ORDER

WHEREAS, the parties have agreed to an extension of the deadline for filing motions seeking attorneys' fees and costs under, *inter alia*, Fed. R. Civ. P. 54(d) and D. Del. LR 54.1 until the parties have exhausted all appeals.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for filing motions seeking attorneys' fees and costs under, *inter alia*, Fed. R. Civ. P. 54(d), and D. Del. LR 54.1 is extended to a date that is fourteen (14) days after the later of: (i) the issuance of the mandate from the Third Circuit or opinion or order of

the United States Supreme Court in this action; or (ii) the denial of any Petition for Rehearing or Rehearing En Banc by the Third Circuit or any Petition for Writ of Certiorari by the United States Supreme Court in this action.

If either party gives notice of its intent to file a Petition for Writ of Certiorari to the United States Supreme Court, the fourteen (14) day period noted above shall be tolled until the later of (i) the denial of any Petition for Writ of Certiorari by the United States Supreme Court in this action or (ii) the issuance of an opinion or order of the United States Supreme Court in this action.

| | |
|---|---|
| COOCH & TAYLOR P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Blake A. Bennett | /s/ Robert M. Vrana |
| Blake A. Bennett (No. 5133) | C. Barr Flinn (No. 4092) |
| The Brandywine Building | Anne Shea Gaza (No. 4093) |
| 1000 N. West Street, Suite 1500 | Robert M. Vrana (No. 5666) |
| Wilmington, DE 19801 | Rodney Square |
| (302) 984-3800 | 1000 North King Street |
| bbennett@coochtaylor.com | Wilmington, Delaware 19801 |
| | (302) 571-6600 |
| | bflinn@ycst.com |
| Kyle Roche | agaza@ycst.com |
| Velvel Freedman | rvrana@ycst.com |
| Amos Friedland | |
| Alex Potter | SIDLEY AUSTIN LLP |
| Stephen Lagos | Benjamin R. Nagin |
| (*pro hac vice*) | 787 Seventh Avenue |
| FREEDMAN NORMAND | New York, NY 10019 |
| FRIEDLAND LLP | (212) 839 5911 |
| 99 Park Avenue, Suite 1910 | bnagin@sidley.com |

<div style="display: flex;">

New York, NY 10016  
(T): (646) 350-0527  
kroche@fnf.law  
vel@fnf.law  
afriedland@fnf.law  
apotter@fnf.law  
slagos@fnf.law  

*Attorneys for Plaintiffs*

Dated:  December 15, 2024

</div>

Tacy F. Flint  
One South Dearborn  
Chicago, IL 60603  
(312) 853 7875  
tflint@sidley.com

*Attorneys for Defendants*

SO ORDERED this _____ day of December, 2024:

_____  
Hon. Colm F. Connolly  
Chief, United Stated District Judge

32515610