# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN MCLOUGHLIN, ROBERT MILLER, ANGELO SOFOCLEOUS, ANDREW LEWIS, CHEYNE BUNNETT, TOM ROBERTSHAW, and OLIVIA SCOTT (as the personal representative of the ESTATE OF RUSSELL SCOTT), | Civil Action No. 23-CV-256-CFC |
| Plaintiffs, | |
| v. | |
| CANTOR FITZGERALD, L.P., BGC HOLDINGS, L.P., and NEWMARK HOLDINGS, L.P., | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Shawn McLoughlin, Robert Miller, Angelo Sofocleous, Andrew Lewis, Cheyne Bunnett, Tom Robertshaw, and Olivia Scott (as the personal representative of the estate of Russell Scott) hereby appeal to the United States Court of Appeals for the Third Circuit from the order granting Defendants' motion to dismiss and ordering dismissal of the Second Amended Complaint, entered on December 2, 2024 (ECF No. 54).

Dated:   December 16, 2024                    Respectfully submitted,

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)
**COOCH AND TAYLOR P.A.**
The Brandywine Building
1000 N. West Street, Suite 1500
Wilmington, DE 19801
(T): (302) 984-3800
Email: bbennett@coochtaylor.com

Velvel (Devin) Freedman (*pro hac vice*)
**FREEDMAN NORMAND FRIEDLAND LLP**
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
(T): (786) 924-2900
Email: vel@fnf.law

Amos Friedland (*pro hac vice*)
Kyle W. Roche (*pro hac vice*)
Alex Potter (*pro hac vice*)
Stephen Lagos (*pro hac vice*)
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York, NY 10017
(T): (646) 350-0527
Email: afriedland@fnf.law
kroche@fnf.law
apotter@fnf.law
slagos@fnf.law

*Attorneys for Plaintiffs*

2